## ISAAC S. TOWER

*v.*

## TIMOTHY M. BRADLEY *et al.*

BILL OF EXCEPTIONS—*when necessary.* When a party seeks to assign for error matters which are not a part of the record, he should preserve the same in a bill of exceptions, or the error can not be considered by this court.

WRIT OF ERROR to the Superior Court of Cook county.

This was an action of replevin, brought by Isaac Tower, against Timothy Bradley and Anna Hilton, for the wrongful taking and detention of certain personal property. A trial by jury resulted in a verdict and judgment for the defendants.

Mr. THEODORE G. BEAVER, for the plaintiff in error.

Messrs. FORRESTER & BEEM, for the defendants in error.

Per CURIAM: This case is brought here by writ of error, and a printed brief, filed by counsel, which seeks to establish these points, viz: *First*—By professing to direct the verdict to be reduced to form, the court changed it in matter of substance, and the judgment is not responsive to the issues. *Second*—The defendants were entitled to a return of the property. *Third*—The instructions given for the defendants below were incorrect.

There is no bill of exceptions in the case, and it is a matter of surprise that attorneys will bring a record here, and assign errors, in the absence of a bill of exeeptions, as to matters which can become a part of the record, and be subject to review in this court, only by a bill of exceptions.

The judgment of the court below must be affirmed.

*Judgment affirmed.*